UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>)<br>) |
| Plaintiff, | )<br>)  CIVIL ACTION<br>)  NO. |
| v. | )<br>) |
| RICHARD MAYO and MEREDITH MAYO, | )<br>) |
| Defendants. | )<br>)<br>) |

## NOTICE OF APPEARANCE

Please enter my appearance as local counsel, for purposes of notification of

filings, for the plaintiff, the United States of America. Attorney Barry E. Reiferson will

remain as lead counsel for said plaintiff in the above-captioned matter.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: BARBARA HEALY SMITH
Assistant U.S. Attorney
U.S. Attorney's Office
John Joseph Moakley U.S. Courthouse
1 Courthouse Way - Suite 9200
Boston, MA 02210
(617) 748-3282

Dated: February 20, 2004