AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of **Massachusetts**

UNITED STATES OF AMERICA

V.

RICHARD MAYO and MEREDITH MAYO

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **04 10350 NG**

TO: (Name and address of Defendant)

Meredith Mayo
7 Black Duck Lane
East Orleans, MA 02643

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Barry E. Reiferson
United States Department of Justice
Tax Division
P.O. Box 55
Ben Franklin Station
Washington, DC 20044

an answer to the complaint which is served on you with this summons, within **20 (twenty)** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE  2-20-04

≈AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE March 10, 2004 |
| NAME OF SERVER (PRINT) Ron Lattinville | TITLE Revenue Officer |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 7 Black Duck Lane, E. Orleans, MA

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 3/10/2004
          Date                    Signature of Server

            1250 Hancock St S 503 S, Quincy MA 02169
            Address of Server

RECEIVED CTS NORTHERN REGION 2004 MAR 19 PM 4:25

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.