IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 04-10350-NG |
| ) | |
| RICHARD MAYO and MEREDITH MAYO, ) | |
| ) | |
| Defendants. ) | |

**UNITED STATES OF AMERICA'S
REQUEST FOR ENTRY OF DEFAULT**

The United States of America, by its undersigned attorney, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, hereby requests that the Clerk of this Court enter the default of defendants Richard Mayo and Meredith Mayo for failure to plead or otherwise defend in this action.

Pursuant to Fed. Rule Civ. P. 55(a), the Declaration of Barry E. Reiferson is submitted in support of this Request for Entry of Default.

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney

        /s/ Barry E. Reiferson
        BARRY E. REIFERSON
        Trial Attorney, Tax Division
        U.S. Department of Justice
        Post Office Box 55
        Ben Franklin Station
        Washington, D.C.  20044
        Telephone: (202) 514-6058

CERTIFICATE OF SERVICE

    IT IS HEREBY CERTIFIED that service of the foregoing UNITED STATES OF AMERICA'S REQUEST FOR ENTRY OF DEFAULT and DECLARATION OF BARRY E. REIFERSON has been made upon the following by depositing a copy in the United States mail, postage prepaid, this 7th day of May 2004:

    Richard Mayo
    7 Black Duck Lane
    East Orleans, MA 02643

    Meredith Mayo
    7 Black Duck Lane
    East Orleans, MA 02643

    /s/ Barry E. Reiferson
    BARRY E. REIFERSON
    Trial Attorney, Tax Division
    U.S. Department of Justice
    Post Office Box 55
    Ben Franklin Station
    Washington, D.C.  20044
    Telephone: (202) 307-1099