IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 04-10350-NG |
| ) | |
| RICHARD MAYO and MEREDITH MAYO, ) | |
| ) | |
| Defendants. ) | |

DECLARATION OF BARRY E. REIFERSON IN
SUPPORT OF THE UNITED STATES OF AMERICA'S
REQUEST FOR ENTRY OF DEFAULT

I, Barry E. Reiferson, pursuant to 28 U.S.C. § 1746, declare the following:

1.  I am a trial attorney with the United States Department of Justice, and in such capacity have been assigned primary responsibility for litigation of the above-captioned case on behalf of the United States.

2.  In such capacity, I have received information pertaining to this case from the Internal Revenue Service Office of Chief Counsel. The statements set forth below are based upon that information, as well as my own personal knowledge, and are true and correct to the best of my knowledge, information, and belief.

3.  The Summons of the defendants in this case, Richard Mayo and Meredith Mayo, were issued by the Court on February 20, 2004.

4.  Defendant Meredith Mayo was personally served with the Summons and Complaint in this action on March 10, 2004.

5.  Defendant Richard Mayo was served with the Summons and Complaint in this action on March 10, 2004, when copies of the Summons and Complaint were left at Richard

Mayo's dwelling house or usual place of abode, with Meredith Mayo, a person of suitable age and discretion residing therein.

6. Responsive pleadings were due by the defendants within 20 days of March 10, 2004.

7. The defendants have failed to plead or otherwise defend in this action, and the time for them to do so has expired.

8. To the best of my knowledge, information and belief, defendant Richard Mayo is neither an infant or incompetent person, nor is he in the military service within the purview of the Soldiers and Sailor Civil Relief Act of 1940, as amended.

9. To the best of my knowledge, information and belief, defendant Meredith Mayo is neither an infant or incompetent person, nor is she in the military service within the purview of the Soldiers and Sailor Civil Relief Act of 1940, as amended.

10. This declaration is made in compliance with Rule 55 of the Federal Rules of Civil Procedure.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 7th day of May, 2004, at Washington, D.C.

_____
BARRY E. REIFERSON
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 514-6058

Mayo's dwelling house or usual place of abode, with Meredith Mayo, a person of suitable age and discretion residing therein.

6. Responsive pleadings were due by the defendants within 20 days of March 10, 2004.

7. The defendants have failed to plead or otherwise defend in this action, and the time for them to do so has expired.

8. To the best of my knowledge, information and belief, defendant Richard Mayo is neither an infant or incompetent person, nor is he in the military service within the purview of the Soldiers and Sailor Civil Relief Act of 1940, as amended.

9. To the best of my knowledge, information and belief, defendant Meredith Mayo is neither an infant or incompetent person, nor is she in the military service within the purview of the Soldiers and Sailor Civil Relief Act of 1940, as amended.

10. This declaration is made in compliance with Rule 55 of the Federal Rules of Civil Procedure.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 7th day of May, 2004, at Washington, D.C.

_____
BARRY E. REIFERSON
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 514-6058