IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 04-10350-NG |
| ) | |
| RICHARD MAYO and MEREDITH MAYO, ) | |
| ) | |
| Defendants. ) | |

CERTIFICATE OF SERVICE

    IT IS HEREBY CERTIFIED that service of the NOTICE OF DEFAULT has been made upon the following by depositing a copy in the United States mail, postage prepaid, this 16th day of June 2004:

        Richard Mayo
        7 Black Duck Lane
        East Orleans, MA 02643

        Meredith Mayo
        7 Black Duck Lane
        East Orleans, MA 02643

        /s/ Barry E. Reiferson
        BARRY E. REIFERSON
        Trial Attorney, Tax Division
        U.S. Department of Justice
        Post Office Box 55
        Ben Franklin Station
        Washington, D.C.  20044
        Telephone: (202) 307-1099