UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 04-10350-NG |
| ) | |
| RICHARD MAYO and MEREDITH MAYO, ) | |
| ) | |
| Defendants. ) | |

## DEFAULT JUDGMENT

Defendants Richard Mayo and Meredith Mayo, having failed to plead or otherwise to defend in this action, and their default having been entered,

NOW, upon application of plaintiff United States of America and upon affidavits demonstrating that defendant Richard Mayo owes the plaintiff United States of America the sum of $480,345.93 plus interest accrued or accruing from June 1, 2004 through the date of repayment by the defendant Richard Mayo; that defendant Meredith Mayo owes the plaintiff United States of America the sum of $68,116.94 plus interest accrued or accruing from June 1, 2004 through the date of repayment by the defendant Meredith Mayo; that defendants Richard Mayo and Meredith Mayo are not infants or incompetent persons, and are not in the military service of the United States, it is hereby

ORDERED, ADJUDGED AND DECREED

(1) that plaintiff United States of America recover from defendant Richard Mayo the sum of $480,345.93 plus interest accrued from June 1, 2004 through the date of repayment by defendant Richard Mayo, with all interest determined pursuant to 26 U.S.C. §§ 6602, 6621, and 6622, and 28 U.S.C. § 1961(c); and

(2)   that plaintiff United States of America recover from defendant Meredith Mayo the sum of $68,116.94 plus interest accrued from June 1, 2004 through the date of repayment by defendant Meredith Mayo, with all interest determined pursuant to 26 U.S.C. §§ 6602, 6621, and 6622, and 28 U.S.C. § 1961(c).

_____
Deputy Clerk

Dated: 7/16/04, 2004

Judge