UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 04-10350-NG |
| | ) | |
| RICHARD MAYO and MEREDITH MAYO, | ) | |
| | ) | |
| Defendants. | ) | |

SATISFACTION OF JUDGMENT AGAINST MEREDITH MAYO ONLY

On July 16, 2004, the Court entered judgment in the above-titled case against Richard

Mayo and Meredith Mayo.  The judgment against *only* Meredith Mayo having been satisfied, the

Clerk of the United States District Court for District of Massachusetts is hereby authorized and

empowered to enter the satisfaction of said judgment against Meredith Mayo.  The judgment

against Richard Mayo has not been satisfied.

MICHAEL J. SULLIVAN
United States Attorney


/s/ Barry E. Reiferson
BARRY E. REIFERSON
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55
Ben Franklin Station
Washington, D.C.  20044-0055
Telephone: (202) 514-6058

CERTIFICATE OF SERVICE
It is hereby certified that service of the foregoing SATISFACTION OF JUDGMENT has been
made upon each defendant by depositing a copy in the United States mail, postage prepaid, this
25th day of May 2006.

/s/ Barry E. Reiferson
BARRY E. REIFERSON